LAGIES v. MYERS

No. 191P01

Case below: 142 N.C. App. 239

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

NORTHEAST CONCERNED CITIZENS,
    INC. v. CITY OF HICKORY

No. 260P01

Case below: 143 N.C. App. 272

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

ROBINSON, BRADSHAW & HINSON, P.A. v. SMITH

No. 388P00

Case below: 139 N.C. App. 1

Motion by plaintiff to withdraw petition for discretionary review allowed 5 June 2001. Motion by defendant (Bonita Harris Smith) to withdraw petition for discretionary review allowed 5 June 2001.

STATE v. AIKEN

No. 283P98-2

Case below: 143 N.C. App. 185

Petition by Attorney General for writ of supersedeas denied 7 June 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

STATE v. BARNETT

No. 283P01

Case below: 142 N.C. App. 706

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.